AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stapleton, Walter K. | U.S. Court of Appeals for the Third Circuit | 05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Building<br>844 King Street - Lockbox 33<br>Wilmington, DE 19801 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman - Board of Directors | Buck & Doe Trust, Inc. (non-profit/conservation corporation) -- I have no beneficial interest in the assets of this charitable corporation. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 18 A 10: 21
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Stapleton_Walter_K

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stapleton, Walter K. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2008 | Chester County Country Properties (real estate brokerage firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter Int'l Com. | A | Dividend | K | T | | | | | |
| 2. Conoco Phillips Com. | A | Dividend | K | T | Sold (part) | 3/13 | J | D | |
| 3. J&J Com. | A | Dividend | K | T | | | | | |
| 4. Marathon Oil Corp. Com. | A | Dividend | K | T | Sold (part) | 3/10 | J | D | |
| 5. Merck Com. | A | Dividend | K | T | | | | | |
| 6. Fed. Home Loan | A | Interest | | | Sold | 3/11 | K | | |
| 7. Pepsico Com. | A | Dividend | K | T | Sold (part) | 3/13 | J | C | |
| 8. Kimberly Clark Com. | A | Dividend | K | T | | | | | |
| 9. Southern Co. Com. | A | Dividend | K | T | | | | | |
| 10. Allstate Com. | | None | | | Sold | 3/13 | K | C | |
| 11. Exxon Mobil | A | Dividend | K | T | Sold (part) | 3/13 | J | D | |
| 12. General Electric | B | Dividend | K | T | | | | | |
| 13. Morgan Stanley Com. | A | Dividend | | | Sold | 12/10 | J | | |
| 14. 3M Corp. | A | Dividend | K | T | | | | | |
| 15. SEI Tax Exempt Trust Account | A | Dividend | L | T | | | | | |
| 16. Allied Cap. Com. | B | Dividend | J | T | | | | | |
| 17. Chubb Com. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Sys. Com. | | None | K | T | | | | | |
| 19. EMC Corp. Com. | | None | K | T | | | | | |
| 20. Emerson Elec. Com. | A | Dividend | K | T | | | | | |
| 21. Teleflex Com. | A | Dividend | K | T | | | | | |
| 22. Gov. Mifflin Pa. SD | B | Interest | | | Sold | 9/15 | K | A | |
| 23. Perkiomen Valley Pa. SD | B | Interest | L | T | | | | | |
| 24. Constellation Energy | A | Dividend | | | Sold (part) | 3/13 | J | D | |
| 25. Constellation Energy | A | Dividend | | | Sold | 12/10 | J | | |
| 26. Medtronic | A | Dividend | | | Sold | 12/10 | J | | |
| 27. Acorn II LP | A | Dividend | M | T | | | | | |
| 28. PA St. Bd. | A | Interest | K | T | | | | | |
| 29. West View PA Bd. | B | Interest | L | T | | | | | |
| 30. Clarco Inc. | A | Dividend | K | T | | | | | |
| 31. Wrigley Co. Com. | A | Dividend | K | T | Sold (part) | 3/13 | J | A | |
| 32. C.D. Wash. Mutual Bk. | | None | | | Sold | 8/25 | K | | |
| 33. West Chester Area Sch. | B | Interest | K | T | | | | | |
| 34. Bucks Co. Water & Sewer | A | Interest | K | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)           U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Spring Ford Area Sch. | A | Interest | K | T | | | | | |
| 36. Warwick PA Sch. | C | Interest | L | T | | | | | |
| 37. IShares HK China | A | Dividend | J | T | | | | | |
| 38. IShares Emerg. Mkts | A | Dividend | | | Buy | 3/13 | J | | |
| 39. IShares Emerg. Mkts | A | Dividend | | | Sold | 12/10 | J | | |
| 40. IShares Malaysia | A | Dividend | J | T | | | | | |
| 41. IShares Singapore | A | Dividend | J | T | | | | | |
| 42. IShares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 43. IShares S&P Europe | A | Dividend | J | T | | | | | |
| 44. IShares Dow Jones Select | A | Dividend | J | T | | | | | |
| 45. StreetTracks Index (Wilshire International) | A | Dividend | J | T | | | | | |
| 46. Duke Energy | A | Dividend | K | T | | | | | |
| 47. Nuveen Fd. | B | Dividend | K | T | | | | | |
| 48. Buckeye Partners | D | Interest | L | T | | | | | |
| 49. Johnson &Johnson Com. | B | Dividend | L | T | | | | | |
| 50. Merck & Co. Com. | B | Dividend | K | T | | | | | |
| 51. Real Estate Chester Co. PA (App.Date 4/12/94) | | None | N | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Star Bancorp. | A | Dividend | L | T | | | | | |
| 53. U.S. Bancorp (formerly Firstar Corp) | B | Dividend | K | T | | | | | |
| 54. Polymedix | | None | J | T | | | | | |
| 55. Fleetwood PA Bd. | B | Interest | L | T | | | | | |
| 56. PA-exempt Mun. Bd. | B | Interest | K | T | | | | | |
| 57. Bucks Co. Water & Sewer | B | Interest | K | T | | | | | |
| 58. South Butler Co. PA Sch. | A | Interest | K | T | | | | | |
| 59. Monroe Co. PA | A | Interest | K | T | | | | | |
| 60. Powershares Exch. | A | Interest | J | T | | | | | |
| 61. Discover Finan. Servs *spinoff from Morgan Stanley | A | Dividend | | | Sold | 3/13 | J | A | |
| 62. Phoenixville PA Sch. Bd. | B | Interest | K | T | | | | | |
| 63. | | | | | | | | | |
| 64. IRA- | D | Int./Div. | N | T | | | | | |
| 65. - StreetTracks Gold Trust | | | | | | | | | |
| 66. - IShares S&P Mid. Cap. | | | | | | | | | |
| 67. -IShares DJ US Util. | | | | | | | | | |
| 68. - IShares US Healthcare | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - IShares FTSE Xinhua | | | | | | | | | |
| 70. - IShares Trust-Dow J Sel. Div. | | | | | | | | | |
| 71. - IShares T NASDAQ | | | | | | | | | |
| 72. - IShares Russell 1000 Gwth. | | | . | | | | | | |
| 73. - Vanguard Total Market | | | | | | | | | |
| 74. - Plum Creek Timber Co. | | | | | | | | | |
| 75. - ML Bank USA RASP account | | | | | | | | | |
| 76. - Powershares Tr. Wilder Hill Clean Energy | | | | | | | | | |
| 77. - CD Western Bank (PR) | | | | | Redeemed | 6/6 | K | | |
| 78. - IShares MSCI Japan Ind. | | | | | | | | | |
| 79. - IShares S&P Europe | | | | | | | | | |
| 80. - IShares S&P Latin. Am. | | | | | | | | | |
| 81. - Powershares DB Commodity | | | | | | | | | |
| 82. - ING International Real Estate | | | | | Sold | 2/11 | K | | |
| 83. - IShares Singapore | | | | | | | | | |
| 84. - IShares So. Africa | | | | | | | | | |
| 85. - IShares Trust DJ US Ind. | | | | • | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Powershares Exchange | | | | | | | | | |
| 87.   - Sector SPDR Consumers | | | | | | | | | |
| 88.   - SPDR SP Bric 40 | | | | | Sold | 10/6 | J | | |
| 89.   - Retirement Res. CL1 account | | | | | | | | | |
| 90.   - Berkshire Hathaway CLB | | | | | Buy | 7/2 | J | | |
| 91.   - IShares MSCI CDA Ind | | | | | Buy | 7/7 | J | | |
| 92.   - IShares Tr. Dow US | | | | | Buy | 7/2 | J | | |
| 93.   - IShares S&P Global | | | | | Buy | 2/6 | J | | |
| 94.   - Powershares Cleantech | | | | | Buy | 7/2 | J | | |
| 95.   - Powershares Wilterhill | | | | | Buy | 7/2 | J | | |
| 96.   - Powershares Global Water | | | | | Buy | 2/6 | J | | |
| 97.   - S&P U.S. Pfd Index | | | | | Buy | 7/7 | J | | |
| 98.   - Sector SPRD Fin. | | | | | Buy | 2/6 | J | | |
| 99.   - Vanguard REIT ETF | | | | | Buy | 7/2 | J | | |
| 100. Ches. Co. Country Properties SEP - | D | Int./Div. | N | T | | | | | |
| 101. - Alliance Prem. Growth B | | | | | Sold | 7/30 | J | B | |
| 102. - Berkshire Hathaway | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - US Treas. Inflation Note 4/15/10 | | | | | | | | | |
| 104. - US Treas. Inflation Note 1/15/15 | | | | | | | | | |
| 105. - ML Bank USA RASP account | | | | | | | | | |
| 106. - CD Capital One Bank | | | | | Redeemed | 12/8 | K | | |
| 107. - CD Western Bank PR | | | | | | | | | |
| 108. - CD Discover Bank | | | | | Redeemed | 5/28 | K | | |
| 109. - CD Western Bank PR | | | | | Redeemed | 3/3 | L | | |
| 110. - Fed. Home Loan Bank Bd. | | | | | Redeemed | 2/13 | L | B | |
| 111. - US Treas. Inflation Note 4/15/12 | | | | | | | | | |
| 112. - ML&Co. SRN MLFI-TR | | | | | Buy | 6/26 | K | | |
| 113. - ML&Co. PPN EURO USD | | | | | Buy | 6/18 | L | | |
| 114. - Endowment TEI Fund | | | | | Buy | 9/1 | M | | |
| 115. - U.S. Treas. Inflation Note 1/15/18 | | | | | Buy | 2/14 | L | | |
| 116. T. Rowe Price Sci.&Tech.Fd. | | None | J | T | | | | | |
| 117. Exxon Com. | A | Dividend | J | T | | | | | |
| 118. Kate Partners LP | | None | | | Sold | 8/22 | K | D | |
| 119. 9.5/120th Int. ▇ Ptship (App. 1/15/98)( Randolph Co. GA) | A | Rent | L | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | _ 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Acorn II LP | A | Dividend | M | T | | | | | |
| 121. Real Estate Hancock Co. ME (2001-$280,000) | C | Rent | O | R | | | | | |
| 122. Gen. Elec. Com. | B | Dividend | K | T | | | | | |
| 123. SEI Tax Exempt Trust account | C | Dividend | M | T | | | | | |
| 124. US Treas. Note 9/15/08 | B | Interest | | | Sold | 3/14 | M | | |
| 125. Kimberly Clark Com. | A | Dividend | K | T | | | | | |
| 126. Cincinnati Fin. Corp. Com. | A | Dividend | K | T | | | | | |
| 127. St. Paul Travelers Co. Com. | A | Dividend | | | Sold | 3/18 | K | | |
| 128. SEI Investments.Co. | A | Dividend | K | T | | | | | |
| 129. EMC Corp. Mass. Com. | | None | K | T | | | | | |
| 130. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 131. Medtronics | A | Dividend | K | T | | | | | |
| 132. Duke Realty | B | Dividend | J | T | | | | | |
| 133. IShares MSCI Em. Mark. | A | Dividend | | | Buy (add'l) | 3/18 | K | | |
| 134. IShares MSCI Em. Mark. | A | Dividend | | | Sold | 12/17 | K | | |
| 135. IShares MSCI Japan | A | Dividend | | | Sold | 3/18 | K | | |
| 136. IShares MSCI Pacific Ex. Japan | B | Dividend | | | Buy (add'l) | 3/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. IShares MSCI Pacific Ex. Japan | B | Dividend | | | Sold | 12/10 | J | | |
| 138. Rayonier, Inc. | A | Dividend | K | T | Buy (add'l) | 3/18 | J | | |
| 139. Stericycle, Inc. | | None | K | T | Sold (part) | 3/13 | J | D | |
| 140. Clarcor, Inc. | A | Dividend | K | T | | | | | |
| 141. Windstream Corp. (*spinoff from Alltell) | | None | | | Sold | 7/6 | J | A | |
| 142. Fleetwood PA Bd. | B | Interest | L | T | | | | | |
| 143. RPM Intern. Inc. | A | Dividend | K | T | | | | | |
| 144. Polymedix Inc. | | None | J | T | | | | | |
| 145. City Nat. Bank | A | Dividend | K | T | Buy (add'l) | 3/18 | J | | |
| 146. Graco Inc. | A | Dividend | K | T | Buy (add'l) | 3/18 | J | | |
| 147. AT&T Inc. | B | Dividend | K | T | | | | | |
| 148. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 149. Genesee & Wyo. Inc. | | None | K | T | | | | | |
| 150. CMA PA Mun. account | B | Interest | L | T | | | | | |
| 151. CD One Bk. | C | Interest | | | Redeemed | 9/15 | L | | |
| 152. Phila. PA Sch. Dist. Bd. | B | Interest | L | T | | | | | |
| 153. Blueridge Sch. Dist. Bd. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Perkiomen Sch. Dist. Bd. | B | Interest | K | T | | | | | |
| 155. West Shore Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 156. Warwick PA Sch. Dist. Bd. | C | Interest | L | T | | | | | |
| 157. N. Pocono Sch. Dist. Bd. | C | Interest | L | T | | | | | |
| 158. Council Rock Sch. Dist. Bd. | B | Interest | K | T | | | | | |
| 159. PA St. First | B | Interest | K | T | | | | | |
| 160. CD Western Bank PR | C | Interest | K | T | | | | | |
| 161. US Treas. Note 1/31/08 | A | Interest | | | Redeemed | 1/31 | L | | |
| 162. US Treas. Note 2/15/08 | A | Interest | | | Redeemed | 2/15 | K | | |
| 163. Indiana Cnty. PA Bd. | | None | K | T | | | | | |
| 164. Phoenixville PA Sch. Bd. | B | Interest | L | T | | | | | |
| 165. Somerset PA Auth. Bd. | A | Interest | L | T | | | | | |
| 166. Sigma Aldrich | A | Dividend | K | T | | | | | |
| 167. Stericycle | | None | K | T | Sold (part) | 3/18 | J | | |
| 168. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 169. CMA PA Municipal account | B | Interest | L | T | | | | | |
| 170. Phila. Sch. Dist. Bd. | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Blue Ridge Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 172. Del. Valley Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 173. Perkiomen Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 174. Nashaminy Sch. Dist. | | None | J | T | Buy | 12/8 | J | | |
| 175. Pa. TPK CML OIL | | None | K | T | Buy | 11/5 | K | | |
| 176. ML&Co. Capped LIRN | | None | L | T | Buy | 9/11 | L | | |
| 177. Pa. St. Bond | B | Interest | K | T | Buy | 11/18 | K | | |
| 178. West Chester Pa. Area Sch. Dist. Bd. | A | Interest | K | T | Buy | 11/24 | K | | |
| 179. Spring-Ford Pa. Bd. | A | Interest | K | T | Buy | 3/27 | K | | |
| 180. Pa. State Bd. | A | Interest | K | T | Buy | 3/27 | K | | |
| 181. Erie Indmnity Co. | A | Dividend | K | T | Buy | 3/18 | K | | |
| 182. Vanguard Emer. Mkts ETF | | None | K | T | Buy | 12/17 | K | | |
| 183. Vanguard FTSE-All-World Ex. US | | None | K | T | Buy | 12/17 | K | | |
| 184. IShares MSCI Pac. Ex. Japan | B | Dividend | | | Buy | 3/18 | K | | |
| 185. IShares MSCI Pac. Ex. Japan | B | Dividend | | | Sold | 12/10 | J | | |
| 186. Graco | A | Dividend | K | T | Buy | 3/10 | K | | |
| 187. SPDR SP Bric 40 | A | Dividend | J | T | Buy | 2/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K.   . | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.   Lower Gwynedd TWP Bd. | A | Interest | K | T | Buy | 3/15 | K | | |
| 189.   Duke Energy | A | Dividend | K | T | Buy | 12/10 | K | | |
| 190.   Vanguard All World Ex. US | | None | J | T | Buy | 12/10 | J | | |
| 191.   Vanguard Emer. Mkts ETF | | None | J | T | Buy | 12/10 | J | | |
| 192.   U.S. Bancorp | | None | K | T | Buy | 12/10 | K | | |
| 193.   SECTOR SPDR Fin. | A | Dividend | J | T | Buy | 2/7 | J | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The ▮▮▮ partnership owns ▮▮▮▮▮ of timberland in Randolph County, GA. I am a general partner. My total interest is 9.5/120th. Partnership income is derived from hunting leases and the sale of timber.

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544